No. 175. EL CAMPO RICE MILLING Co. *v.* MIRAVALLE SUPPLY Co., INC. C. A. 8th Cir. Certiorari denied.

*John S. Leahy* and *Roberts P. Elam* for petitioner. *Walter H. Pollmann* for respondent.